THE HONORABLE ROBERT J. BRYAN

Francis S. Floyd, WSBA #10642
Sean E.M. Moore, WSBA #30840
Attorneys for Defendants
FLOYD, PFLUEGER & RINGER P.S.
200 West Thomas Street, Suite 500
Seattle, WA 98119
ffloyd@floyd-ringer.com
smoore@floyd-ringer.com
Tel 206 441-4455
Fax 206 441-8484

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| "JANET DOE," a single woman; "MARY ROE," a single woman,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ABERDEEN SCHOOL DISTRICT NO. 5, a municipal corporation; MARTIN W. KAY, individually and as former Superintendent of Aberdeen School District; DAVID TOBIN individually and as a school district employee; ROCKY ROCQUIN, individually and as a school district employee; LYNN GREEN, individually and as a school district employee; SANDY HORTON, individually and as a school district employee; ANNA SHANKS, individually and as a school district employee; "JAMES and JANE SMITH I-IX," individually and acting in their official capacities as a school district employee,<br><br>            Defendants. | NO. 3:11-cv-05932-RJB<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: |

STIPULATION AND ORDER OF DISMISSAL [3:11-CV-05932-RJB ]- 1

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA   98119
TEL 206 441-4455
FAX 206 441-8484

## I. STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record, that the above-entitled cause, having been fully settled and compromised, may be dismissed as to all Defendants with prejudice and without costs or fees to any party.

DATED this _____ day of January, 2013.

| FLOYD, PFLUEGER & RINGER P.S. | BROWN LEWIS JANHUNEN & SPENCER |
|---|---|
| By: _____<br>Francis S. Floyd, WSBA #10642<br>Sean E.M. Moore, WSBA #30840<br>FLOYD, PFLUEGER & RINGER P.S.<br>200 West Thomas Street, Suite 500<br>Seattle, Washington 98119<br>ffloyd@floyd-ringer.com<br>Tel 206 441-4455<br>Fax 206 441-8484<br>Attorneys for Defendants | By: _____<br>Thomas A. Brown, WSBA#: 4160<br>Brown Lewis Janhunen & Spencer<br>101 East Market Street, Ste 501<br>Aberdeen, WA 98520<br>Phone: (360) 532-1960<br>Fax: (360) 532-4116<br>Email: tom.brown@lawbljs.com<br>Attorneys for Plaintiff Roe |
| CONNOLLY TACON & MESERVE<br><br>By: _____<br>Mr. Avelin P. Tacon III, WSBA#: 6048<br>Carter W. Hick, WSBA#36721<br>Connolly Tacon & Meserve<br>201 5th Avenue SW, Ste 301<br>Olympia, WA 98501<br>Phone: (360) 943-6747<br>Fax: (360) 943-9651<br>Email: atacon@olylaw.com<br>cwhick@olylaw.com<br>Attorneys for Plaintiff Doe | |

STIPULATION AND ORDER OF DISMISSAL [3:11-CV-05932-RJB ]- 2

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA   98119
TEL 206 441-4455
FAX 206 441-8484

## II. ORDER OF DISMISSAL

THIS MATTER having come before the undersigned Judge of the above-entitled Court upon the stipulation of the parties hereto, and it appearing to the Court that the matter has been fully resolved, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed as to all Defendants with prejudice and without costs or fees to any party.

DATED this 17th day of January, 2013.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL [3:11-CV-05932-RJB ]- 3

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484